# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOSEPH PAUL ENGLEHARDT | ) | |
| | ) | |
| YVONNE DORA WADE, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | No. 1:24-CV-1865-APM |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE | ) | |
| | ) | |
| MERRICK B. GARLAND, *in his official* | ) | |
| *capacity as Attorney General of the* | ) | |
| *United States of America,* | ) | |
| | ) | |
| | ) | |
| *Defendants*. | ) | |

## JOINT NOTICE OF CONFERRAL

Plaintiffs filed their Complaint in this action on June 27, 2024.  ECF No. 1.  Later that evening, Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction.  ECF No. 2.  On June 28, 2024, counsel for Plaintiffs and Defendants held a productive telephonic conference regarding Plaintiffs' Motion and agreed to confer again the week of July 1, 2024.  The parties believe that certain information informing those discussions may obviate the need for this Court to decide Plaintiffs' Motion, and respectfully request that the Court permit those discussions to continue before entering any orders in response to the Motion.  The parties intend to update the Court following additional conferral efforts.

Dated: June 28, 2024          Respectfully Submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff (DC Bar No. 486733)
DWolff@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500 (phone)
(202) 628-5116 (fax)

*Attorneys for Plaintiffs*


BRIAN BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ M. Andrew Zee
M. ANDREW ZEE (CA Bar No. 272510)
ANNA L. DEFFEBACH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue
San Francisco, CA 94102
Tel: (415) 436-6646
Email: m.andrew.zee@usdoj.gov

*Counsel for Defendants*