IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH PAUL ENGLEHARDT<br><br>YVONNE DORA WADE,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE<br><br>MERRICK B. GARLAND, *in his official capacity as Attorney General of the United States of America*,<br><br>    *Defendants*. | No. 1:24-CV-1865-APM |

**JOINT STIPULATION AND WITHDRAWAL OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

On June 27, 2024, Plaintiffs filed their Complaint in this action, asserting two counts against Defendants U.S. Department of Justice and Attorney General Merrick B. Garland.  Compl., ECF No. 1.  According to the allegations of the Complaint, Plaintiffs are two victims of state-sponsored terrorism who seek to have all fines and forfeitures obtained by the United States from the defendants in *United States v. British American Tobacco P.L.C.*, No. 1:23-cr-00118-BAH (D.D.C.) (the BAT case), as a result of the guilty pleas in that criminal case deposited into the Victims of State Sponsored Terrorism Fund (VSSTF).  The VSSTF, established by Congress in 2015, provides compensation to eligible claimants who hold judgments against state sponsors of terrorism, hostages held in the

United States embassy in Iran from 1979 to 1981 and their spouses and children, or the personal representatives of such persons who are deceased. 34 U.S.C. § 20144(c), (d).

In the BAT case, defendants British American Tobacco P.L.C. (BAT) and British-American Tobacco Marketing (Singapore) Private Limited (BATMS) admitted criminal violations of bank fraud and the International Emergency Economic Powers Act (IEEPA), 50 U.S.C. § 1701 et seq. BAT and BATMS were engaged in a scheme to sell tobacco to North Korean entities through a third-party company and run the payments for the tobacco through U.S. correspondent banks. BATMS pleaded guilty and BAT entered into a deferred prosecution agreement. BAT and BATMS agreed to pay more than $629 million to resolve the charges. An agreed payment schedule contemplated, and the BAT defendants made, two payments to the United States: a first payment on or around September 29, 2023 consisting of a $220,175,369.00 fine and a $94,770,557.50 forfeiture; and a second payment on or around June 30, 2024 consisting of a $220,175,369.00 fine and a $94,770.557.50 forfeiture.[1]

Plaintiffs allege in Count I of their Complaint that DOJ has unlawfully withheld, or in the alternative, unreasonably delayed depositing into the VSSTF the fines and forfeitures paid to the United States on or before September 30, 2023 by the BAT defendants. Compl. ¶¶ 64-65. Plaintiffs allege in Count II that they are entitled a judicial declaration that all proceeds obtained by the United States in the BAT case qualify for deposit, and must be directed by DOJ to be deposited, into the VSSTF. *Id.* ¶ 69.

---

[1] The above amounts do not include the accrued interest that was paid to the United States or the two required special assessments. Defendants acknowledge that Plaintiffs believe these additional amounts are part of the proceeds that are required to be deposited into the VSSTF.

On the same day they filed their Complaint, Plaintiffs also filed a Motion for Temporary Restraining Order and Preliminary Injunction. ECF No. 2. In that Motion, Plaintiffs' sought a temporary restraining order and a preliminary injunction prohibiting Defendants from disposing of the second payment by the BAT defendants, due on or before June 30, 2024, in any way that would make those funds unavailable for deposit into the VSSTF should Plaintiffs prevail on the merits of their claims. *Id.* at 1.

On June 28 and July 2, 2024, counsel for Plaintiffs and Defendants conferred regarding Plaintiffs' Motion and, after exchanging certain information and agreeing to file this joint stipulation, Plaintiffs have agreed to withdraw their Motion. Specifically, Defendants make the following representations:

- As of this filing, a determination has not been made regarding whether the fines, penalties, and forfeitures paid in the BAT case qualify for deposit in the VSSTF. Defendants commit to providing to Plaintiffs, through their counsel, (1) written notification within five business days of the receipt of any funds by the VSSTF; or, in the alternative, (2) written notification within five business days of a decision that no funds qualify for transfer to the VSSTF.

- The funds paid to the United States as fines, penalties, or forfeitures in the BAT case are not, as of this filing, unavailable for deposit into the VSSTF, and Defendants will not obligate or expend these funds through at least September 30, 2024, which is the last day of the Government's fiscal year.

In exchange for the above stipulation and its representations by Defendants, Plaintiffs hereby withdraw their Motion for Temporary Restraining Order and Preliminary Injunction. Further, the parties are conferring regarding an expedited briefing schedule for

3

dispositive motion practice on Plaintiffs' claims, and expect to present a proposal to the Court for its consideration during the week of July 8, 2024.

| | |
|---|---|
| Dated: July 3, 2024 | Respectfully Submitted, |
| | /s/ Daniel W. Wolff<br>Daniel W. Wolff (DC Bar No. 486733)<br>DWolff@crowell.com<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 624-2500 (phone)<br>(202) 628-5116 (fax)<br><br>*Attorneys for Plaintiffs*<br><br>BRIAN BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>BRIGHAM J. BOWEN<br>Assistant Branch Director<br><br>/s/ M. Andrew Zee<br>M. ANDREW ZEE (CA Bar No. 272510)<br>ANNA L. DEFFEBACH<br>Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Tel: (415) 436-6646<br>Email: m.andrew.zee@usdoj.gov<br><br>*Counsel for Defendants* |