**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ———————————————————— ) | |
| JOSEPH PAUL ENGLEHARDT, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| DIANA CAMPUZANO, *et al.*, ) | |
| ) | |
| *Intervenor-Plaintiffs*, ) | |
| ) | |
| ERIC M. HUNTER, *et al.*, ) | |
| ) | |
| *Intervenor-Plaintiffs*, ) | |
| ) | |
| v. ) | No. 1:24-CV-1865-APM |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.* ) | |
| ) | |
| *Defendants*. ) | |
| ———————————————————— ) | |

**JOINT STATUS REPORT REGARDING FUNDS PAID TO THE UNITED**
**STATES IN *UNITED STATES V. BRITISH AMERICAN TOBACCO P.L.C.***

This case involves claims by Plaintiffs that all funds received by the United States in *United States v. British American Tobacco P.L.C.*, No. 1:23-cr-00118-BAH (D.D.C.) (the BAT case) must be deposited into the U.S. Victims of State Sponsored Terrorism Fund ("Fund"). As of October 4, 2024, the parties' cross-motions for summary judgment are fully briefed and pending before this Court. The parties now respectfully file this Joint Status Report to address related issues raised in the parties' Joint Status Report and Proposed Briefing Schedule filed on July 12, 2024, ECF No. 9, which the Court approved on July 16, 2024, ECF No. 11.

In their July 12 report, Defendants represented both that deposits received by the Fund on or before November 15, 2024 would be available for potential distribution from

the Fund in calendar year 2025, and that they would not obligate or expend the funds paid to the United States as fines, penalties, or forfeitures in the BAT case through at least November 15, 2024. ECF No. 9 at 2. According to Plaintiffs, those representations were material to Plaintiffs prosecution of their case because they staved off the need at that time for Plaintiffs to pursue preliminary injunctive relief (*see*, *e.g.*, ECF No. 8) and gave Plaintiffs a better sense than they previously were able to glean from publicly available information of the cut-off for Fund deposits to be available for 2025 payments to eligible victims of state-sponsored terrorism. Plaintiffs stated in the July 12 report, "[r]elying on these assurances by Defendants, Plaintiffs respectfully request a decision from this Court on the parties' cross-motions under the schedule proposed below by November 8, 2024." ECF No. 9 at 2.

With November 15 approaching, the parties have conferred regarding a potential extension of Defendants' commitment not to obligate or expend the funds paid to the United States as fines, penalties, or forfeitures in the BAT case. Following those conferrals, Defendants now state that they will not obligate or expend the funds paid to the United States as fines, penalties, or forfeitures in the BAT case through at least December 15, 2024. However, in order to meet their statutory obligation to authorize payments for the 2025 distribution from the Fund to eligible claimants by January 1, *see* 34 U.S.C. § 20144(d)(4)(A), Defendants must necessarily finalize their payment calculations in advance of that date. As a result, deposits made to the Fund after November 15, 2024, will be available for potential distribution to eligible claimants in a year following 2025. Plaintiffs therefore reiterate that their earlier request for a decision by November 8 is not abrogated by Defendants' representation.

The parties are available for a telephonic conference should the Court find it helpful to discuss any aspect of this case with the parties.

Dated: November 4, 2024                    Respectfully Submitted,

                                           /s/ Daniel W. Wolff
                                           Daniel W. Wolff (DC Bar No. 486733)
                                           DWolff@crowell.com
                                           CROWELL & MORING LLP
                                           1001 Pennsylvania Avenue NW
                                           Washington, DC 20004
                                           (202) 624-2500 (phone)
                                           (202) 628-5116 (fax)

                                           *Attorneys for Plaintiffs*

                                           BRIAN BOYNTON
                                           Principal Deputy Assistant Attorney General

                                           BRIGHAM J. BOWEN
                                           Assistant Branch Director

                                           /s/ M. Andrew Zee
                                           M. ANDREW ZEE (CA Bar No. 272510)
                                           ANNA L. DEFFEBACH (DC Bar No. 241346)
                                           Attorneys
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           450 Golden Gate Avenue
                                           San Francisco, CA 94102
                                           Tel: (415) 436-6646
                                           Email: m.andrew.zee@usdoj.gov

                                           *Counsel for Defendants*